Aug. 2, 1979.

422 A.2d 681

Commonwealth v. Douglas, Appellant.

Submitted March 12, 1979. Bruce D. Foreman, for appellant; Marion E. MacIntyre, Second Assistant District Attorney, for Commonwealth, appellee.

Before SPAETH, HESTER and MONTGOMERY, JJ.

The judgment of sentence of the lower court is hereby affirmed.

422 A.2d 681

Commonwealth v. Matthews, Appellant.

Submitted March 12, 1979. J. Christian Ness, for appellant; John C. Uhler, District Attorney, for Commonwealth, appellee.

Before VAN der VOORT, WATKINS and LIPEZ, JJ.

Judgment of sentence affirmed in accordance with the opinion of the lower court.